**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 23-cv-04149 ) ) Hon. Judge Matthew F. Kennelly |
| JO-ANN STORES LLC, | ) ) |
| Defendant. | ) ) ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant JO-ANN STORES LLC, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | JO-ANN STORES LLC |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s/ Andrew C. Clott |
| Marshall J. Burt, Esq. | Andrew C. Clott, Esq. |
| The Burt Law Group, Ltd. | ROETZEL & ANDRESS, LPA |
| 1338 S. Federal St., #L | 70 W. Madison |
| Chicago, IL 60605 | Suite 3000 |
| 312.854.3833 | Chicago, IL 60602 |
| Marshall@mjburtlaw.com | 312.582.1674 |
| | aclott@ralaw.com |